UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80072-SMITH/REINHART(s)

UNITED STATES OF AMERICA

vs.

STACEY LEANN HICKS,

      Defendant.

_____/

### FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant Stacey Leann Hicks, (hereinafter "Defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to Count Six of the Superseding Indictment charging the defendant with Disposing of a Firearm to a Convicted Felon, in violation Title 18, United States Code, Section 922(d)(1):

#### Count 6: Dispose of a Firearm to a Convicted Felon

#### Elements

**First:**    That the defendant knowingly disposed the firearm described in the indictment at or about the time alleged to Sylvester Banks III;

**Second:**    That Sylvester Banks III was a convicted felon, that is a crime punishable by imprisonment for more than one year; and

**Third:**    That the defendant knew or had reasonable cause to believe that the Sylvester Banks III had been convicted of a felony.

#### Facts

1. On February 14, 2018, co-defendant Sylvester Banks III ("Banks") was convicted of Fleeing and Attempting to Allude, a 3rd degree felony, Case Number 2017CF004267AMB, in the 15th Judicial Circuit of Florida in and for Palm Beach County.

2. On March 27, 2024, the defendant purchased a Taurus International, Model G2C, 9 mm pistol from Boynton Guns in Boynton Beach, Florida. The defendant completed ATF Form 4473 wherein she stated that she was the actual purchaser/buyer of the firearm. On April 23, 2024, officers from the Palm Beach County Sheriff's Office conducted a traffic stop of a vehicle after the officers observed the driver, later identified as Banks, operating the vehicle in a reckless manner. Banks, the only occupant of the vehicle, was removed by the officers and a lawful search of the vehicle resulted in the discovery the Taurus 9 mm pistol purchased by the defendant on March 27, 2024. The firearm was seized by law enforcement because Banks, a convicted felon, was prohibited from possessing firearms.

3. On July 16, 2024, the defendant purchased a Radical Firearms, Model RF-15, 5.56 caliber semi-automatic pistol from American Pawn Jewelry and Guns LLC in West Palm Beach, Florida. Prior to the purchase of the Radical Firearms, Model RF-15, 5.56 caliber semi-automatic pistol, Banks asked the defendant to purchase the firearm for him. During the purchase, the defendant completed ATF Form 4473 wherein she stated that she was the actual purchaser/buyer of the firearm. A review of the surveillance video from American Pawn Jewelry and Guns LLC showed the defendant and Banks in the store. During the purchase, the video showed Banks providing U.S. currency to the defendant who in turn provided the U.S. currency to the store employee for the purchase of the Radical Firearms semi-automatic pistol. The defendant and Banks, who is seen carrying the Radical Firearms semi-automatic pistol, eventually depart the store together.

4. On July 21, 2024, West Palm Beach Police Department Detectives responded to a ShotSpotter alert and a 911 call regarding a shooting in the area of 536 Northwood Road, West Palm Beach, Florida. Homicide and crime scene investigations were initiated. During an examination of a black infinity SUV in the area, investigators observed two firearms in the vehicle,

one on the front seat and one on the front floorboard. Detectives eventually made contact with Banks, who was present at the scene, and he claimed ownership of the vehicle. Detectives later obtained a search warrant and lawfully searched the vehicle. Detectives recovered the following firearms: 1) a loaded Ruger, Model EC9S, 9mm semi-automatic pistol, which was purchased by the defendant on July 15, 2024; 2) a loaded Radical Firearms RF-15 multi caliber semi-automatic pistol, which was purchased by the defendant on July 16, 2024; and 3) a loaded Springfield Armory, Model XDM-40, .40 caliber pistol. Detectives also recovered mail from the City of Boynton Beach addressed to Banks.

5. The defendant has personally known Banks since approximately 2013 and was aware of his multiple arrests, including for his felony conviction. The defendant was also aware that Banks had obtained firearms through illegal methods in the past and had asked her to purchase the Radical Firearms RF-15 multi caliber semi-automatic pistol on July 16, 2024 for him. The defendant admits that she knew or had reasonable cause to belief that Banks had been convicted of a felony prior to July 16, 2024.

6. All events occurred in the Southern District of Florida.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

8/20/25
DATE

By: _____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

9-20-25
DATE

By: _____
JACOB COHEN
COUNSEL FOR DEFENDANT

8-20-25
DATE

By: _____
STACEY LEANN HICKS
DEFENDANT