UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-80020-SMITH(s)

**UNITED STATES OF AMERICA,**

vs.

**STACEY LEANN HICKS,**

      **Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Response to Defendant Stacey Leann Hicks' ("Hicks" or "defendant") Objections to her Presentence Investigation Report ("PSI").

The United States does not oppose her objections/comments to the PSI.

                                                      Respectfully submitted,
                                                      JASON A. REDING QUIÑONES
                                                      UNITED STATES ATTORNEY

BY:  _____
                                                      Brian D. Ralston
                                                      Assistant United States Attorney
                                                      Court ID No. A5502727
                                                      500 South Australian Avenue, Suite 500
                                                      West Palm Beach, Florida 33401
                                                      Tel: (561) 209-1068
                                                      Email: brian.ralston@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Brian Ralston*
BRIAN D. RALSTON
Assistant United States Attorney

**SERVICE LIST**

**United States of America v. Banks et al**
Case No. 25-CR-80020-AHS(s)
United States District Court, Southern District of Florida

| |
|---|
| **Brian Ralston**<br>U.S. Attorney's Office<br>500 S. Australian Avenue, Suite 400<br>West Palm Beach, Florida 33401<br>561-820-8711<br>Brian.Ralston@usdoj.gov<br>Attorney for USA |
| **Jacob Alain Cohen**<br>Law Offices of Jacob A. Cohen, PLLC<br>750 S. Dixie Highway<br>Boca Raton, FL 33432<br>561-715-7866<br>Jacob@jacobcohenlaw.com<br>Attorney for Hicks |