UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  25-CR-80020-RS-2

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

STACEY LEANN HICKS,

       Defendant.

_____/

**STACEY LEANN HICKS'
SENTENCING MEMORANDUM AND
REQUEST FOR A DOWNWARD VARIANCE**

The Defendant, **Stacey Leann Hicks ["Ms. Hicks"]**, by and through her undersigned counsel, files this request for a downward variance from the sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220 (2005). Ms. Hicks' presumptive sentencing guidelines imprisonment range is 12 to 18 months in the Federal Bureau of Prisons. [DE 60: ¶90]. Against the backdrop of the §3553 (a) sentencing factors, Ms. Hicks humbly asks the Honorable Court to downwardly vary and impose a probationary sentence.

**Synopsis of Ms. Hicks' History and Characteristics**

| No. | Subject Matter | Factual Details |
|---|---|---|
| 1 | Birthplace | Bethesda Hospital in Boynton Beach, Florida. |
| 2 | DOB | 2/2/1990 (35 Yrs Old) |
| 3 | Education and Work Experience | Graduates from Boynton Beach High School in 2008. Grows up impressively working differing jobs to help the family pay for bills.  Works at Bethesda Hospital from 2008 to 2013.  In 2013, begins work at Boca Regional Hospital to the present as a Patient Service Manager to humanely make sure patient needs are taken of.  In February 2025, begins working nights at Wawa to help |

| | | supplement her income and support her family.  Works 70-75 hours per week. |
|---|---|---|
| | Family | |
| 4 | Mother | Ms. Arnisa Darrisaw.  58 Yrs Old.  Born in Boynton Beach, Florida.  Works as a Manager at a Local Supply Store. |
| 5 | Father | Mr. Stanley Hicks.  60 Yrs Old.  Born in Boynton Beach, Florida.  Works as a Car Mechanic. |
| 6 | Sister | Ms. Latoya Gaitor.  40 Yrs Old.  Born in Boynton Beach, Florida.  Manager at Walmart. |
| 7 | Sister | Ms. Cherelle Darrisaw.  38 Yrs Old.  Born in Boynton Beach, Florida.  Legally Blind and on Social Assistance. |
| 8 | Sister | Ms. Tiara Hicks.  33 Yrs Old.  Born in Boynton Beach, Florida.  Publix Warehouse Worker. |
| 9 | Stepsister | Ms. Cristine Hicks. 38-39 Yrs Old.  Elementary School Teacher. |
| 10 | Stepsister | Ms. Sekory Hicks.  32 Yrs Old.  Truck Driver. |
| 11 | Daughter | Z. H. 17 Yrs Old. Born in Boynton Beach, Florida.  Excellent 11th Grade Student. |
| 12 | Daughter | J.G. 15 Yrs Old.  Born in Boynton Beach, Florida.  Excellent 9th Grade Student. |
| 13 | Son | J.G. 13 Yrs Old.  Born in Boynton Beach, Florida.  Excellent 7th Grade Student. |
| 14 | Son | K.B.  8 Yrs Old.  Born in Boynton Beach, Florida.  Happy 3rd Grade Student that is very connected to his mother. |
| 15 | Son | C.B. 6 Yrs Old.  Born in Boynton Beach, Florida.  Happy 1st Grade Student. |
| | Ties to Community | |
| 16 | Boynton Beach, Florida | Ms. Hicks and her children, photographs attached infra, have lived the entirety of their lives in Boynton Beach, Florida. If Ms. Hicks receives a prison sentence, the children will have to be split up and live with different family members to their developmental detriment. |

**Sentencing Letters**
**Providing Deeper Insight into**
**Ms. Hicks' Positive Character Attributes**

**Letter 1**

**Dear Judge Smith, my name is <u>Arnisa Darrisaw</u>, and I am the mother of Stacey Hicks. There are two points I want to make to you about my beloved Stacey.**

One, Stacey endured terrible emotional and physical trauma as an 11-year-old girl that have created challenges for her ever since. In my heart, I believe that this dreadful experience paved the way for her to date the wrong kind of men. Men that were emotionally and physically abusive. Two, Stacey works 70-75 hours per week at the hospital during the day and Wawa at night so that she can earn enough money to support her five beautiful children. Stacey's children love and adore her, and they would be lost without her in the event of a prison sentence in this case. Please take this into account when you are deciding on a just sentence in this case.

Letter 2

Dear Judge Smith, my name is <u>James Darrisaw</u>, and I am Stacey Hicks' stepfather. I would like to start this letter off by telling you who she is as a person. Stacey is a loving and caring mother, daughter, and sister, who works two jobs, 70 to 75 hours a week, to put food on the table for her five wonderful children. Stacey unconditionally loves and emotionally supports her children. A prison sentence will have a tremendously negative impact upon them. Please consider this when you are deciding on a just sentence Your Honor.

Letter 3

Dear Judge Smith, my name is <u>Z.H.</u>, and I am the daughter of Stacey Hicks. I am 17 years old and I'm the oldest of five kids. I am writing this letter to let you know who my mom is to me and my siblings. My mom deserves to be seen for who she really is, not just as a defendant, but as a mother. My mom is everything to us. She is a single mother, and she manages to do the job of two parents. She works two jobs just to keep a roof over our heads, food on the table, and clothing on our backs. Even after all that, she still finds a way to be there for us, helping with homework, making dinner and making sure we are doing okay physically and mentally even when things are hard. My mom always finds the time to cracks jokes, bringing smiles to our faces. My mom is more than just a provider. She is the one we go to when we need advice, when we are feeling down, and when we just need somebody to talk to or to get a hug. I have seen her go without things just so we would not have to go without. She has always put our needs first. She is the type of mom who we can truly say is all in for her kids at all times. Yes, she can be strict sometimes, but there is always love behind it. She just wants us to be safe, do better and not get caught up in the wrong situation or the wrong crowd. She shows us that we matter, and we can be more than what the world expects or think from kids our ages. Even when she is uncertain of not knowing what's going to happen to her and knowing her kids are heartbroken and scared, she still finds the time to make us laugh. My mom is funny and loving, caring, and just a joy to be around. I know people make some bad decisions and involve themselves with people who will not or do not bring goodness to their lives. My mom has always been there for us and to even imagine she might not be truly unbearable. Honestly, I do not know where we would be without our mom. She is the reason we all are still standing strong together. I never knew how much I needed my mom until the day she was picked up and had to spend the night in jail. I love her with more

3

than my heart can hold, so I am begging you Judge PLEASE, do not take our mom away. I will be graduating soon, and I do not want her to miss out on that. It will be the greatest thing for us both because many kids I grow up with do not get this far, and I want my mother to experience the happiness of all of her sacrifice. Thank you for taking the time to read my letter.

### Letter 4

Dear Judge Smith, my name is J.G., and I am the son of Stacey Hicks. I would like to tell you some important things about my mom.  My mom is the most exciting, loving, joyful, and vibrant person you would ever want to meet. I want you to know that I am so proud to call her my mom.  She is a go getter, a person who accomplishes her goals, and pushes her children to do the same thing. She is a single mom of 5 and has two jobs. My mom works hard for us. She has been the only consistent person in our lives, providing a roof over our heads, food in our stomachs and clothing on our backs. She is all and all a super woman and hero in her children's eyes. When I grow up, I hope to meet a woman like her.  I am asking that you Your Honor, please have mercy and keep her with her children.

### Letter 5

Dear Judge Smith, my name is Cherelle Darrisaw, and I am writing to let you know a little bit about my sister, Stacey Hicks. Although Stacey is younger than me, she has motivated me in so many ways throughout the years. She has taught me how to be the best mother I can be by just observing the loving way she interacts with all five of her children. Stacey is strong, independent, and driven.  Stacey is a hardworking mother that makes sure all of her children have everything they need plus more.  Stacey consistently exhibits a character of integrity despite the serious error in judgment she makes in the case before you. To know Stacey, is to love Stacey, and she will give anybody, even a stranger, the shirt off of her back. Stacey is nurturing, loving, caring, honest and very ambitious when it comes not only to her children but to mine as well.  It is my sincere hope that the Court takes all of this into account when it pronounces sentence. Thank you, Your Honor.

### Letter 6

Dear Judge, my name is J.H., and I am the daughter of Stacey Hicks.  I am 15 years old and throughout my 15 years of life, my mother has been there with me every step of the way. My mom has never disappointed and she always shows up for me and my siblings each and every time. My mother deeply cares for us. She treats us with love, care, discipline, positivity, and encouragement. Without my mom's love and guidance, we would all be lost. My mom works two jobs, at great sacrifice for us and our well-being. Please do not take her away from us Your Honor.  I promise you my mom will do better.

Letter 7

Dear Judge Smith, my name is <u>Stephanie Kemp</u>, Stacey's aunty.  I am writing this letter in support of a mother who is devoted and hardworking. She does an incredible job as a mom and always goes above what is expected as a caregiver and provider. When she is not working, she looks after and cares for her children with love, patience, and complete dedication. She has two jobs; however, it does not stop her from still managing to care for all five of her children by herself by giving them emotional support, structure, and stability, so that every individual child's needs are addressed. Stacey makes sure her children are taken care of by attending school events, taking them to doctor appointments, and offering them love and emotional support. Stacey makes sure to spend quality time with them and always upholds a positive household for them to thrive in. Because of her strength, determination and endless love, she is an outstanding mother. Stacey is a strong and loving mother, and her children are doing well because of all the effort she puts in. If you can Your Honor, please keep her home. The children need her. Thank you for reading this letter.

Letter 8

Dear Judge Smith, my name is <u>Maxine Bernard</u>, and I am Stacey Hicks' aunty. I acknowledge that Stacey made a serious mistake in this case.  In saying this, I humbly ask you to consider a non-incarceration sentence for Stacey because she is the bedrock for her five amazing children.  Without her, the children are lost and directionless. Thank you for considering this letter Your Honor.

Letter 9

Dear Judge Smith, my name is <u>Tiara Hicks</u>, and I am the 34-year-old baby sister of Stacey Hicks.  My sister has been through a lot of adversity in her life, and this case is unfortunately part and parcel of that journey.  Despite these challenges, Stacy is the star of our family.  Stacey is supportive, helpful, and willing to provide selfless assistance to anybody in and outside of the family. Stacey has always looked out for me from the time we were little children until now.  As you already know, my sister has 5 beautiful children that she provides for materially and with unconditional love and devotion.  Stacey is literally a superwoman when it comes to supporting her children and like everybody else says, the children would be lost with her.  Please take this into account when you decide a just sentence.

Letter 10

Dear Judge Smith, my name is <u>Roshanda Clay</u>, and I am writing this letter to give you some insight into my cousin, Stacey Hicks.  Stacey is a dedicated, devoted single mother to five wonderful children, whom she cares for with unwavering love and responsibility. Since the age of 16, Stacey has consistently demonstrated a strong work ethic, maintained

steady employment and contributed positively to her community. Outside of her professional responsibilities, she prioritizes her family, often spending her time at family gatherings and supporting her loved ones. Your Honor, Stacey is a hardworking, reliable, and compassionate human being. Please take this into account when you are deciding upon a fair sentence.

Letter 11

Dear Judge Smith, my name is <u>Latoya Gaitor</u>, and I am the older sister of Stacey Hicks. I understand that the case before you is a serious one, but I want to tell you a little bit about my sister. Although I am the big sister, Stacey motivates all of us to keep pushing and to never give up. Stacey is a hard worker, good listener, and a wonderful mother to her 5 beautiful children. Stacey works two jobs up to 70-75 hours per week while at the same time, completely taking care of the needs of her children. Stacey constantly tells the children that the sky is the limit for them if they are willing to work for it. The children will be lost without her. For example, that one night Stacey had to stay in jail, the hurt on those kids' faces broke my heart to pieces. The next day, when she went to Court, I received so many texts and phone calls from her oldest kids asking when she was coming home. Your Honor, all of us in life have gone down a path that we regret and trust me, Stacey has deep remorse for getting entangled in this case. Please show her mercy for the sake of her children.

**Downward Variance Argument No. 1**
**[Ms. Hicks' Family Needs Her]**

Ms. Hicks, for the reasons adduced in the sentencing letters, asks the Honorable Court to consider downwardly varying because her family will fall apart without her financial and emotional support.

**Downward Variance Argument No. 2**
**[Incomplete Cooperation]**

Ms. Hicks is very candid with the Government and Agents about her offense conduct in this case. It is almost a certainty that this reality convinces the co-defendant to enter a guilty plea. Ms. Hicks is hoping for a Governmental §5K1.1 recommendation but if this fails to materialize, Ms. Hicks asks the Honorable Court to consider this cooperation in its downward variance calculus under *United States v. Robinson*, 741 F.3d 588, 599-600 (5th Cir. 2014) ("a sentencing court has the power to consider a defendant's cooperation under § 3553(a) irrespective of whether the

government files a 5K1.1 motion"); *United States v. Fernandez*, 443 F.3d 19, 33-35 (2d Cir. 2006); *United States v. Landron-Class*, 696 F.3d 62, 77-78 (1st Cir. 2012); *United States v. Massey*, 663 F.3d 852, 858 (6th Cir. 2011); *United States v. Leiskunas*, 656 F.3d 732, 737 (7th Cir. 2011); and *United States v. Doe*, 398 F.3d 1254, 1260-61 (10th Cir. 2005).

**Downward Variance Argument No. 3**
**United States Sentencing Commission's**
**Judiciary Sentencing Information Statistics Database for §2K2.1 Cases**
**[JSIN-jsin.ussc.gov]**

Against the backdrop of JSIN statistics, defendants similarly situated to Ms. Hicks with a Primary Guideline of §2K2.1, a Final Offense Level of 13, a Criminal History Category of I, and a presumptive guidelines range of 12-18 months, are sentenced across the country in the following way from an average and median point of view:

> **During the last five fiscal years (FY2020-2024), there were 575 defendants whose primary guideline was §2K2.1, with a Final Offense Level of 13 and a Criminal History Category of I, after excluding defendants who received a §5K1.1 substantial assistance departure. For the 387 defendants (67%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 10 month(s) and the median length of imprisonment imposed was 12 month(s).**

In the §2K2.1 sentencing context, JSIN statistics further reveal that 36 percent of similarly situated defendants to Ms. Hicks are sentenced within the presumptive sentencing guidelines range, 50 percent receive downward departures or variances, two percent receive upward variances, and the remaining 12 percent receive §5K1.1 substantial assistance credit.

To break it down further, JSIN statistics show that 67 percent of similarly situated defendants to Ms. Hicks are sentenced to prison [in whole or in part] with the remaining 33 percent of defendants receiving probation or a fine only.

Ms. Hick's personal history and characteristics gives the Honorable Court good reason to sentence him to a term of probation consistent with the 50 percent of defendants that receive downward departures or variances; and the 33 percent of defendants that receive probation or a fine only in similarly situated §2K2.1 cases.

To further ground this downward variance argument from a parity in sentencing perspective, Ms. Hicks asks the Honorable Court to sentence her consistent with the sentencing pronouncement in the following factually similar case:

- *U.S.A. v. Johan Jesus Valente-Martinez*, [Case No. 24-CR-14052-RLR-2]. Mr. Valente-Martinez has a Primary Guideline Range of §2K2.1, a Final Offense Level of 13, a Criminal History Category of I, and a presumptive sentencing guidelines range of 12-18 months [DE 63: Pg. 5]. The Honorable Court beneficently downwardly varies to three (3) years of probation [DE 72: Pg. 2] factoring in the Government's §5K1.1 sentencing recommendation. [DE 65].

### Conclusion

Ms. Hicks' offense conduct in this case is indefensible and must be punished. Against the backdrop of the arguments adduced for the justification of a downward variance in this case, Ms. Hicks asks the Honorable Court to downwardly vary and impose a probationary sentence. A probationary sentence is sufficient but not greater than necessary to advance the sentencing goals of §3553(a).

By: /s/ Jacob A. Cohen, Esq.
Jacob A. Cohen, Esq.
Fla. Bar No. 0162530





CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>November 5, 2025,</u> I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com

By: <u>/s/ Jacob A. Cohen, Esq</u>.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530